27 A.3d 985

**In re Frederick EVANS**

**v.**

**Michael WENEROWICZ, Superintendent, et al.**

**Petition of Frederick Evans.**

**No. 19 EM 2011.**

Supreme Court of Pennsylvania.

Aug. 11, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of August, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

━━━━━━━

27 A.3d 985

**Mr. Anthony BARNES, Petitioner**

**v.**

**Mr. Brian E. COLEMAN, SCI, Fayette Warden, Respondent.**

**No. 20 EM 2011.**

Supreme Court of Pennsylvania.

Aug. 11, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of August, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**